IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 5:06-CR-47 (HL) |
| : | |
| : | |
| **MARTIN KENTRAE KENDALL,** : | |
| : | |
| Defendant : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 76 ) filed August 26, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 7th day of October, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**