IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MARTIN KENTRAE KENDALL, :
:
    Petitioner, :
:
v. : Case No. 5:09-CV-90061 (HL)
: Case No. 5:06-CR-47 (HL)
UNITED STATES OF AMERICA, :
:
    Respondent. :

# ORDER

This case is before the court on the Report and Recommendation (Doc. 94) of United States Magistrate Judge G. Mallon Faircloth on Petitioner Martin Kentrae Kendall's Motion for Relief pursuant to Federal Rule of Civil Procedure 60(b)(1) (Doc. 82). The Magistrate Judge recommends denying the petition. Petitioner has filed an objection to the Recommendation (Doc. 95). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court, however, accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion for Relief (Doc. 82) is denied.

**SO ORDERED**, this the 19th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch